

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Martin Magdaleno<br><br>Defendant. | Case No. CR 16-00072-MWF<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central District of California___ for alleged violation(s) of the terms and conditions of his/~~her~~ [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Substance abuse___

history; prior non-compliance with terms of release; failure to interview with pretrial

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Criminal history; substance abuse; on parole

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/19/2021

*[signature]*
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2